# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 5:08CR40032-001 |
| ) | |
| JOHN D. BENT, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER TO WITHDRAW SUPERVISED RELEASE PETITION FOR WARRANT / REVOCATION

**NOW ON THIS** 25th day of February, 2011, the above-entitled matter comes before the Court at the request of the U.S. Probation Office, for an order withdrawing the previously filed petition.

A petition for warrant / revocation was filed with the Court on January 21, 2011, because in December of 2010, in Kansas City Municipal Court, the defendant was found to be in violation of a city ordinance (Disorderly Conduct). (Dk. 24). He has since been acquitted of the charge, and the U.S. Probation Office is in agreement with the U.S. Attorney's Office, to withdraw the petition previously filed in this matter.

**IT IS ORDERED** that the term of supervised release petition for warrant / revocation be withdrawn effective this date. It is further ordered that the defendant comply with all previous orders of the Court.

Dated this 25th day of February, 2011.

    s/ Judge Sam A. Crow
    HONORABLE SAM A. CROW
    SENIOR U.S. DISTRICT JUDGE